(*Counsel of record on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
Apr 10, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LUISA MEJIA, ELVIRA MUNGIA LOPEZ, MARIA BENAVIDEZ, and MARTIN MONTER, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>SODEXO, INC., a Delaware corporation; SDH SERVICES WEST, LLC, a Delaware limited liability company (and wholly owned and controlled subsidiary of SODEXO, INC.), and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:16-cv-02120-LEK<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Judge:   Hon. Leslie E. Kobayashi |

STAN S. MALLISON (Cal. State Bar No. 184191)
HECTOR R. MARTINEZ (Cal. State Bar No. 206336)
MARCO A. PALAU (Cal. State Bar No. 242340)
JOSEPH D. SUTTON (Cal. State Bar No. 269951)
ERIC S. TRABUCCO (Cal. State Bar No. 295473)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101
StanM@TheMMLawFirm.com
HectorM@TheMMLawFirm.com
MPalau@TheMMLawFirm.com
JSutton@TheMMLawFirm.com
ETrabucco@TheMMLawFirm.com

Attorneys for Plaintiffs
Maria Luisa Mejia, Elvira Mungia Lopez, Maria Benavidez, and Martin Monter

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JULLIE Z. LAL (Cal. State Bar No. 279067)
W. TUCKER PAGE (Cal. State Bar No. 306728)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jullielal@paulhastings.com
tuckerpage@paulhastings.com

Attorneys for Defendants
Sodexo, Inc., and SDH Services West, LLC

Pursuant to Stipulation, it is so Ordered that the Parties are bound by the Stipulated Protective Order.

Dated: April 7, 2017.



  /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

ORDER ON STIPULATED PROTECTIVE ORDER
U.S.D.C., E.D. Cal., No. 2:16-cv-02120-LEK

LEGAL_US_W # 89203482.1