1  (*Counsel of record on next page*)

**FILED**
**Jul 28, 2017**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LUISA MEJIA, ELVIRA MUNGIA LOPEZ, MARIA BENAVIDEZ, and MARTIN MONTER, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>SODEXO, INC., a Delaware corporation; SDH SERVICES WEST, LLC, a Delaware limited liability company (and wholly owned and controlled subsidiary of SODEXO, INC.), and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:16-cv-02120-LEK<br><br>**ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING**<br><br>Judge: Hon. Leslie E. Kobayashi<br><br>Complaint filed: September 6, 2016<br>Trial date: Not yet set |

STAN S. MALLISON (Cal. State Bar No. 184191)
HECTOR R. MARTINEZ (Cal. State Bar No. 206336)
MARCO A. PALAU (Cal. State Bar No. 242340)
JOSEPH D. SUTTON (Cal. State Bar No. 269951)
ERIC S. TRABUCCO (Cal. State Bar No. 295473)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101
StanM@TheMMLawFirm.com
HectorM@TheMMLawFirm.com
MPalau@TheMMLawFirm.com
JSutton@TheMMLawFirm.com
ETrabucco@TheMMLawFirm.com

Attorneys for Plaintiffs
Maria Luisa Mejia, Elvira Mungia Lopez, Maria Benavidez, and Martin Monter

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JULLIE Z. LAL (Cal. State Bar No. 279067)
W. TUCKER PAGE (Cal. State Bar No. 306728)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jullielal@paulhastings.com
tuckerpage@paulhastings.com

Attorneys for Defendants
Sodexo, Inc., and SDH Services West, LLC

ORDER RE: CLASS CERTIFICATION BRIEFING
SCHEDULE AND HEARING
U.S.D.C., E.D. Cal., No. 2:16-cv-02120-LEK

LEGAL_US_W # 90561717.2

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the class certification briefing schedule and hearing are continued as follows:

- Plaintiffs' class certification motion due: November 8, 2017
- Defendants' opposition due: December 6, 2017
- Plaintiffs' reply due: December 20, 2017
- Hearing on motion: January 8, 2018

Dated: July 28, 2017.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge