# MINUTES

CASE NUMBER:   2:16-CV-02120LEK (USDC, Eastern District of California)

CASE NAME:     Elvira Mungia Lopez, et al. Vs. Sodexco, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi       REPORTER:

DATE:    10/13/2017                TIME:

COURT ACTION: EO: Regarding Hearing on the Motion for Class Certification which was continued to **1/16/2018 at 09:45 AM** before Judge Leslie E. Kobayashi.

The hearing time is approximately **12:45 PM** Eastern District of California time.

Courtroom Manager will contact counsel at the phone numbers listed on the docket directly from the courtroom. If there is an alternate phone number for counsel to be contacted at, please inform the Courtroom Manager.

Submitted by: Warren N. Nakamura, Courtroom Manager