1   STAN S. MALLISON (SBN 184191)
2      stanm@themmlawfirm.com
3   HECTOR R. MARTINEZ (SBN 206336)
4      hectorm@themmlawfirm.com
5   MARCO A. PALAU (SBN 242340)
6      mpalau@themmlawfirm.com
7   JOSEPH D. SUTTON (SBN 269951)
8      jsutton@themmlawfirm.com
9   ERIC S. TRABUCCO (SBN295473)
10     etrabucco@themmlawfirm.com
11  HILARY HAMMELL (SBN 291347)
12     hhammell@themmlawfirm.com
13  MALLISON & MARTINEZ
14  1939 Harrison Street, Suite 730
15  Oakland, California  94612
16  Telephone:    (510) 832-9999
17  Facsimile:    (510) 832-1101

18  Attorneys for Plaintiffs

19              UNITED STATES DISTRICT COURT

20            EASTERN DISTRICT OF CALIFORNIA

21  MARIA LUISA MEJIA, ELVIRA            | No. 16-cv-02120-LEK
22  MUNGIA LOPEZ, MARIA BENAVIDEZ,       |
23  and MARTIN MONTER, individually and  | CLASS ACTION
24  acting in the interest of other current and |
25  former employees,                    | ORDER GRANTING MOTION FOR
                                         | ATTORNEYS' FEES, COSTS, AND
                                         | CLASS REPRESENTATIVE
26              Plaintiffs,              | ENHANCEMENT FEES PURSUANT TO
                                         | THE PARTIES CLASS ACTION
27       vs.                             | SETTLEMENT
                                         |
                                         | Date:      July 9, 2018
28  SODEXO, INC., a Delaware corporation; | Time:      12:45 p.m.
29  SDH SERVICES WEST, LLC, a Delaware   | Courtroom:  4, 15th Floor
30  limited liability company (and wholly |            501 I Street
31  owned and controlled subsidiary of   |            Sacramento, CA 95814
32  SODEXO, INC.), and DOES 1 through 20, | Judge:     Hon. Leslie E. Kobayashi
33  inclusive,                           |
                                         |
34              Defendants.              |
35  _____  |

On July 9, 2018, a hearing was held on Plaintiffs' (Maria Benavides, Elvira Mungia Lopez, Maria Luisa Mejia, and Martin Monter, collectively "Plaintiffs") Motion for Attorneys' Fees, Costs and Class Representative Enhancement Fees ("Motion"). In accordance with the Preliminary Approval Order, Class Members have been given notice of the terms of the Settlement, including the amount of attorneys' fees, costs and Class Representative enhancement fees, and have had the opportunity to object to the amounts requested herein.

Having received and considered the Settlement, Plaintiffs' motion, the supporting papers filed by the Plaintiffs, and the evidence and argument received by the Court at the hearing before it entered the Preliminary Approval Order and at the final approval hearing on July 9, 2018, the Court grants Plaintiffs' motion, and HEREBY ORDERS and MAKES DETERMINATIONS as follows:

Class Counsel's request for an award of attorneys' fees in the amount of $200,000 (33 & 1/3 % of the Gross Settlement Amount) to be paid from the Settlement Fund pursuant to Federal Rule of Civil Procedure 23(h) is GRANTED;[1]

---

[1] This Court has performed a lodestar analysis as a cross-check of the reasonableness of the agreed upon attorneys' fees. See Vizcaino v. Microsoft Corp., 290 F.3d 1043, 1050 (9th Cir. 2002). The following request would have been made under the lodestar analysis:

| LEGAL PROFESSIONAL | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| Stan S. Mallison | 47.2 | $800 | $37,760.00 |
| Hector Martinez | 72.2 | $800 | $57,760.00 |
| Joseph D. Sutton | 101.2 | $550 | $55,660.00 |
| Eric S. Trabucco | 113.1 | $450 | $50,895.00 |
| **Lodestar Total** | **333.7** | | **$202,075.00** |

[Motion, Decl. of Stan Mallison in Supp. of Motion at ¶ 57.] The Court finds that these hourly rates are manifestly reasonable, and the hours expended were reasonably and necessarily incurred in this action. This Court therefore finds that the loadstar amount which would have been requested is manifestly reasonable. Because the agreed upon attorneys' fees are lower than what the loadstar request would have been, the Court finds the agreed upon attorneys' fees are manifestly reasonable.

ORDER GRANTING FINAL APPROVAL OF
CLASS ACTION SETTLEMENT
U.S.D.C., E.D. Cal., No. 16-cv-02120-LEK

1       Class Counsel's request for an award reimbursing them for litigation costs in the amount

2   of $25,850.31 to be paid from the Settlement Fund pursuant to Federal Rule of Civil Procedure

3   23(h) is GRANTED; and

4       Plaintiffs Maria Luisa Mejia, Elvira Mungia Lopez, Maria Benavidez, and

5   Martin Monter's request for Class Representative enhancement fees of $8,000 each for their

6   service to the Class to be paid from the Settlement Fund is GRANTED.

7       IT IS SO ORDERED.

8       DATED AT HONOLULU, HAWAII, July 31, 2018.



  /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

ORDER GRANTING FINAL APPROVAL OF
CLASS ACTION SETTLEMENT
U.S.D.C., E.D. Cal., No. 16-cv-02120-LEK